UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 08-20009

v.

MICHAEL SLOAN MULLER,              HON. MARK A. GOLDSMITH

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR REDUCTION OF TERM OF IMPRISONMENT (DKT. 60)

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Michael Hluchaniuk, entered on October 31, 2011 (Dkt. 62). The Magistrate Judge recommends that the Court deny Defendant's motion for reduction of term of imprisonment (Dkt. 60). Defendant has not filed objections to the R&R and the time to do so has expired. Thus, Defendant has waived any further right to appeal. Thomas v. Arn, 174 U.S. 140, 155 (1985). The Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct results for the correct reasons. As the Magistrate Judge noted in the R&R, Defendant's allegations are incorrect as to his eligibility for reduction for his term of imprisonment.

Accordingly, the Magistrate Judge's R&R (Dkt. 62) is accepted and adopted as the findings and conclusions of the Court. Defendant's motion for reduction of term of imprisonment (Dkt. 60) is denied.

        SO ORDERED.


Dated: February 14, 2012                        s/Mark A. Goldsmith
      Flint, Michigan                           MARK A. GOLDSMITH
                                                    United States District Judge

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2012.

                                                 s/Deborah J. Goltz
                                                 DEBORAH J. GOLTZ
                                                 Case Manager